JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RANDY WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAVAGE SERVICES CORPORATION, a Utah corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-06497-DSF-AGR<br><br>Honorable Dale S. Fischer<br>Courtroom 7D<br><br>**ORDER REGARDING THE PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 24, 2019 |

**ORDER**

Upon consideration of the Parties' Stipulation for Dismissal with Prejudice, the Court orders the following:

The above captioned action is dismissed with prejudice, with each party to bear its respective costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 12, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE